# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-3886
Lower Tribunal No. CF18-000959-XX

_____

LLOYD SUMMERALL, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. R. 9.141(b)(2) from the Circuit Court for Polk County.
Susan L. Barber, Judge.

June 11, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Lloyd Summerall, Jr., Polk City, pro se.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED